Jeffrey H. Hagen (6395)
WHATCOTT, BARRETT & HAGEN
Attorneys for Debtor(s)
4764 South 900 East, Suite 1
Salt Lake City, UT 84117
(801) 521-3328, fax (801) 685-0949
jhagen@wbhlaw.com

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| In re: Joshua Cod Duke and Trisha Gene Duke, | Case No. 17-28705 |
|---|---|
| Debtors. | Chapter 13 |
| | Judge R. Kimball Mosier |

### ORDER ON DEBTORS' OBJECTION TO PROOF OF CLAIM NO. 8 FILED BY BASS & ASSOCIATES, P.C.

Debtors' Objection to Proof of Claim No. 8 filed by Bass & Associates, P.C. was filed on January 22, 2018. Debtors' Objection and Notice of Opportunity for Hearing thereon were properly served on all parties in interest, and the deadline for response has passed.

Based on Debtors' Objection, proper notice to all parties in interest having been given, the lack of any timely objection being filed, and good cause appearing therefor, the Court hereby ORDERS:

Proof of Claim No. 8 filed by Bass & Associates, P.C. is reclassified as a general unsecured claim.

****************END OF ORDER**************

1

## CLERK'S CERTIFICATE OF SERVICE

I hereby certify that on _____, a copy of the foregoing ORDER was served on the following:

Bass & Associates, P.C.
3936 E. Ft. Lowell, Suite 200
Tuscon, AZ 85712

Lon A. Jenkins
Ch. 13 Trustee
By ECF

Jeffrey H. Hagen
Whatcott, Barrett & Hagen
By ECF

_____
Clerk of the Court